# EXHIBIT "1"
## to Interim Order for Use of Cash Collateral

# GR Lodging, LLC dba Holiday Inn Express
## Profit & Loss

March 15 - April 15, 2013

**Ordinary Income/Expense**
- Income
  - Room — 115,000.00
  - Tax Collected — 14,950.00

**Total Income** — 129,950.00

**Expense**
- 403 · Dry Cleaning — 100.00
- 460 · Operating Services
  - 464 · Freight Expense — 100.00
  - 466 · Music Subscription — 50.00
  - 467 · Postage — 50.00
  - 468 · Pest Control — 150.00
  - 469 · Deodorizer Service — 130.50
- 484 · License and Permits — 250.00
- 0500 · Advertising and Promotion — 1,000.00
  - 801 · Wages and Salaries — 34,500.00
  - 890 · Payroll Taxes — 4,140.00

- 0900 · Food and Beverage Expense
  - 902 · Comp Food Purchase — 4,600.00
  - 903 · Restaurant Operating Supplies — 1,150.00
- Total 0900 · Food and Beverage Expense
- 1100 · Front Desk Expense — 300.00
- 1400 · Repairs & Maintenance — 8,625.00
- 1500 · Rooms Operating Supplies — 4,600.00
- 1700 · Utilities
  - 1701 · Cable — 1,000.00
  - 1702 · Electricity — 3,800.00
  - 1703 · Gas — 600.00
  - 1704 · Internet — 660.00
  - 1705 · Telephone — 1,000.00
  - 1708 · Waste Removal — 350.00
  - 1709 · Water — 950.00

- 1800 · Other Operating Expense
  - Bank Charges — 150.00
  - Credit Card Merchant Fees — 4,025.00
  - Management Fee — 4,600.00
  - Travel Expense — 800.00

  - Professional Fees
    - Legal Fees - Turstee — 1,950.00
    - Payroll Service — 150.00
  - 1810 · Insurance — 3,000.00

Page 1 of 2

# GR Lodging, LLC dba Holiday Inn Express
## Profit & Loss

March 15 - April 15, 2013

|  |  |
|---|---:|
| 1900 · Franchise Fees | 18,400.00 |
| 2400 · Tax Expense | 14,950.00 |
| 2409 · Property Taxes | 5,000.00 |
| **Total Expense** | 121,130.50 |
|  |  |
| **Net Income** | **8,819.50** |